PER CURIAM:

Jose German Solis seeks to appeal the magistrate judge's order dismissing as untimely his 28 U.S.C. § 2254 (2000) petition.* The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Solis has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

**Monique D. REDD, Petitioner–Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent–Appellee.**

**No. 06–8070.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 2, 2007.

Monique D. Redd, Appellant Pro Se. Susan Mozley Harris, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monique D. Redd seeks to appeal the magistrate judge's order dismissing as untimely her 28 U.S.C. § 2254 (2000) petition.* 28 U.S.C. § 2244(d)(1) (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000).

---

* This case was decided by the magistrate judge upon consent of the parties under 28 U.S.C. § 636(c) (2000).

A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Redd has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cesar MENDOZA–RIVERA,**
**a/k/a Carlos Conchiano,**
**Defendant–Appellant.**

**No. 06–4909.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2007.

Decided: May 2, 2007.

Thomas P. McNamara, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. George E.B. Holding, United States Attorney, Anne M. Hayes, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cesar Mendoza–Rivera pled guilty to illegal reentry into the United States after having been convicted of an aggravated felony and removed from the United States, in violation of 8 U.S.C. § 1326(a), (b)(1) (2000). The district court sentenced him to fifty-seven months imprisonment. Mendoza–Rivera appeals the sentence, contending that this circuit's decision to review sentences within a correctly calculated guideline range as presumptively reasonable renders the guidelines mandatory and is consequently unconstitutional. We affirm.

Following *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), we review a sentence "to determine whether the sentence is within the statutorily prescribed range and is reasonable." *United States v. Moreland,* 437 F.3d 424, 433 (4th Cir.), *cert. denied,* — U.S. —, 126 S.Ct. 2054, 164 L.Ed.2d 804 (2006) (internal quotation marks and citation